18021-002

Stanley J. Marks – State Bar #001833
Richard P. Traulsen – State Bar #016050
**BEGAM & MARKS, P.A.**
111 West Monroe Street, Suite 1400
Phoenix, Arizona  85003-1787
(602) 254-6071
smarks@begamlaw.com
rtraulsen@begamlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MONICA ADAMS, a single woman, ) | NO.   CIV 10-2150-PHX-DAE |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance corporation, ) | |
| Defendant. ) | (Assigned to the Honorable David A. Ezra |

Plaintiff Monica Adams, by and through undersigned counsel, hereby Moves the Court for Leave to file to Plaintiff's Supplement to Her Response to Defendant's Motion for Summary Judgment.  The Supplement includes a copy of an expert report regarding State Farm's conduct.  The report will aid the Court in ruling on Defendant's Motion.  Plaintiff's counsel did not receive the report until today, August 29, 2012, or it would have been provided

**BEGAM & MARKS**
A PROFESSIONAL ASSOCIATION

#105 / Adams / 18021-002

sooner. Plaintiff's expert disclosure was in fact not due until tomorrow, August 30th.

**DATED** this 29th day of August, 2012.

                        **BEGAM & MARKS, P.A.**

                        By /s/ Stanley J. Marks
                            Stanley J. Marks
                            Richard P. Traulsen
                            111 West Monroe Street, Suite 1400
                            Phoenix, Arizona  85003-1787
                            Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2012, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for filing. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I also hereby certify that on the 29th day of August, 2012 I sent via e-mail a copy of the attached document to the visiting judge in this case:

The Honorable David A. Ezra
United States District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Room C-300
Honolulu, HI  96850-0001
E-mail address:  ezra_orders@hid.uscourts.gov


By /s/ Linda A. Martin